IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY K. HUNT,

   Plaintiff,

v.                                            Case No. 3:10-cv-00708-JRS

SAXON MORTGAGE, INC., et al.,

   Defendants.

## **DEFENDANT FIRST CHOICE'S MOTION FOR SUMMARY JUDGMENT**

Defendant First Choice Settlement, LLC f/k/a PSS Settlement Services, LLC, by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment in its favor on all claims asserted against it by Plaintiff. The reasons in support of this Motion are set forth in the accompanying Memorandum in Support, incorporated herein by reference.

                                                         **FIRST CHOICE SETTLEMENT, LLC**
                                                         **F/K/A PSS SETTLEMENT SERVICES, LLC**

                                                         By Counsel

/s/
Danielle D. Giroux
VSB No. 45401
*Attorney for First Choice Settlement, LLC*
*f/k/a PSS Settlement Services, LLC*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dgiroux@hccw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of July 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Jason Meyer Krumbein, Esq.
      Krumbein Consumer Legal Services
      5310 Markel Road, Suite 102
      Richmond, VA 23230
      804-303-0204
      Fax: 804-303-0209
      KrumbeinLaw@gmail.com

      Thomas Ryan Lynch, Esq.
      Bradley Arant Boult Cummings LLP
      1133 Connecticut Ave NW
      12th Floor
      Washington, DC 20036
      202-393-7150
      Fax: 202-719-8328
      tlynch@babc.com

      /s                          
      Danielle D. Giroux, Esq.
      VSB No. 45401
      *Attorney for First Choice Settlement, LLC*
      *f/k/a PSS Settlement Services, LLC*
      Harman, Claytor, Corrigan & Wellman, P.C.
      Post Office Box 70280
      Richmond, Virginia 23255
      Phone:  (804) 762-8015
      Fax:    (804) 747-6085
      dgiroux@hccw.com